```
              FILED              RECEIVED
              ENTERED            SERVED ON
                        COUNSEL, PARTIES OF RECORD

                     APR 17 2008

              CLERK US DISTRICT COURT
                 DISTRICT OF NEVADA
              BY:                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH JOHN CRISCI, | |
| Petitioner, | 3:08-cv-0002-BES-VPC |
| vs. | **ORDER** |
| WILLIAM DONAT, et al., | |
| Respondents. | |

    Petitioner submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on January 2, 2008, but he failed to simultaneously submit either a motion for leave to proceed *in forma pauperis* or payment of the $5.00 filing fee. (Docket #1). By order filed January 9, 2008, this Court sent petitioner the correct form to file a motion for leave to proceed *in forma pauperis*. Plaintiff was directed to either file a completed *in forma pauperis* motion, or alternatively, to pay the $5.00 filing fee within 30 days. (Docket #3).

    Petitioner was advised that this action would be dismissed unless he complied with the Court's order. (Docket #3). The order of January 9, 2008, was apparently delivered to petitioner; it was not returned undelivered. Petitioner has not responded to the order. More than the allotted time has elapsed -- in fact, well over 3 months have passed -- and petitioner has not complied with the Court's order. Therefore, petitioner's action shall be dismissed without prejudice.

1 **IT IS THEREFORE ORDERED** that the Clerk shall **FILE** and docket petitioner's habeas petition (received January 2, 2008).

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for petitioner's failure to obey this Court's order of January 9, 2008. The Clerk shall **ENTER JUDGMENT** accordingly.

DATED this 16th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE