AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

JOSEPH JOHN CRISCI,

      Petitioner,             JUDGMENT IN A CIVIL CASE

V.

                                  CASE NUMBER: **3:08-cv-00002-BES-VPC**

WILLIAM DONAT, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE for Petitioner's failure to obey this Court's order of January 9, 2008.

  April 17, 2008                                            **LANCE S. WILSON**
                                                                             Clerk

                                                                             /s/ Kalani Lizares
                                                                           Deputy Clerk