AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

JOSEPH JOHN CRISCI,

     Petitioner,

V.

WILLIAM DONAT, et al.,

     Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-cv-00002-RCJ-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the First Amended Petition for a writ of habeas corpus [40] is DENIED IN ITS ENTIRETY.  FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

May 12, 2011

          **LANCE S. WILSON**
                  Clerk

           /s/ M. Campbell
           Deputy Clerk